# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BLUEFIELD

**STEPHANIE HEATHER OSBORNE,**

      **Petitioner,**

**v.**                                                              **CIVIL ACTION NO. 1:16-05172**

**UNITED STATES OF AMERICA,**

      **Respondent.**


## <u>MEMORANDUM OPINION AND ORDER</u>

Pending before the court is petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1. By Standing Order, the matter was referred to United States Magistrate Judge Cheryl A. Eifert for submission of proposed findings and recommendations ("PF&R") for disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 5, 2018, the magistrate judge submitted her PF&R, in which she recommended that the district court, **GRANT** respondent's request for dismissal, (ECF No. 9), and **DISMISS** petitioner's petition with prejudice from the court's docket, (ECF No. 1).  See ECF No. 10.

In accordance with the provisions of 28 U.S.C. § 636(b), petitioner was allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Eifert's Findings and Recommendation.  The failure to file such

objections constitutes a waiver of the right to a de novo review by this court.  <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

Petitioner failed to file any objections to the magistrate judge's PF&R within the seventeen-day period.  Having reviewed the PF&R the court hereby **ADOPTS** the factual and legal analysis contained therein, (ECF No. 10), **GRANTS** respondent's request for dismissal (ECF No. 9), and **DISMISSES** petitioner's petition with prejudice from the court's docket (ECF No. 1).

Additionally, the court has considered whether to grant a certificate of appealability.  <u>See</u> 28 U.S.C. § 2253(c).  A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); <u>Rose v. Lee</u>, 252 F.3d 676, 683-84 (4th Cir. 2001).  The court concludes that the governing standard is not satisfied in this instance.  Accordingly, the court **DENIES** a certificate of appealability.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to counsel of record and petitioner, pro se.

**It is SO ORDERED** this 18th day of April, 2018.

ENTER:

David A. Faber
Senior United States District Judge